# United States Bankruptcy Court
## Western District of Washington

| | | | |
|---|---|---|---|
| In re | **Donald Scott Grossi** <br> **Tami Lynn Grossi** | Case No. | **14-43947** |
| | Debtor(s) | Chapter | **13** |

## Notice of Death

Notice is hereby given that the Joint Debtor, Tami Lynn Grossi, died on December 16, 2016.

/s/ Ellen Ann Brown

**Ellen Ann Brown WSB27992**

Attorney for Debtor(s)